

FILED

2016 MAY 25 AM 11:51

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JULIO MORIANO PAI,
ARBEY DE JESUS DUKE MUNOZ, and
FERNEY ANCHICO ESTUPINAN

CASE NO. 8:16-cr-244-T-26AEP
46 U.S.C. §§ 70503(a), 70506,
21 U.S.C. § 881-Forfeiture
28 U.S.C. § 2461(c)-Forfeiture
46 U.S.C. § 70507-Forfeiture

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about May 8, 2016, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

JULIO MORIANO PAI,
ARBEY DE JESUS DUKE MUNOZ, and
FERNEY ANCHICO ESTUPINAN,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury, to possess with the intent to distribute and to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

### COUNT TWO

Beginning on an unknown date and continuing through on or about May 8, 2016, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**JULIO MORIANO PAI,**
**ARBEY DE JESUS DUKE MUNOZ, and**
**FERNEY ANCHICO ESTUPINAN,**

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a), Title 18, United States Code, Section 2, and Title 21, United States Code, Section 960(b)(1)(B)(ii).

### FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 881, Title 46, United States Code, Section 70507, and Title 28, United States Code, Section 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of Title 46, United States Code, Section 70503, the defendants,

> JULIO MORIANO PAI,
> ARBEY DE JESUS DUKE MUNOZ, and
> FERNEY ANCHICO ESTUPINAN,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), any and all property described in Title 21, United States Code, Section 881(a), including, but not limited to:

    a. Property furnished or intended to be furnished in exchange for a controlled substance;

    b. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    c. All moneys and conveyances used or intended to be used to commit, or to facilitate the commission of the alleged offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

             A TRUE BILL

             */s/ M. Elsie Wilson*
             FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: */s/ James R. Zoll*
   JAMES R. ZOLL
   Special Assistant United States Attorney

By: */s/ Joseph K. Ruddy*
   JOSEPH K. RUDDY
   Assistant United States Attorney
   Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:16-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JULIO MORIANO PAI,
ARBEY DE JESUS DUKE MUNOZ, and
FERNEY ANCHICO ESTUPINAN

## INDICTMENT

Violations:  Title 46, United States Code, Sections 70503(a), and 70506(a) and (b)
Title 21, United States Code, Section 960(b)(1)(B)(ii)

A true bill,

*M. Elise Wilson*
_____
Foreperson

Filed in open court this 26th day of May, 2016.

_____
Clerk

Bail  $_____

GPO 863 525

T:\_Cases\Criminal Cases\P\Pai, Julio Moriano_2016Rpend_JRZ\f_indictment_Back Sheet.docx